1:21-cv-00385-BWR

Ellsberry v. Stewart et al

EXHIBIT LIST

**PLAINTIFF**

P-1:  Warrant Incident # 21-06214

P-2:  Stone County Enterprise News Article dated 9/8/2021

P-3:  Mittimus for Cause # B6601-2014-036

P-4:  Certificate of Initial Appearance dated 9/1/2021

P-5:  Action of the Parole Board dated 4/7/2022

P-6:  Affidavit of Candace Stewart dated 9/1/2021

P-7:  Google Map

P-8:  Rule 4.3 Contents of Search Warrants

**DEFENDANT**

D-1: News Article dated 11/7/2018

D-2: Abstract of Court Records – Date of Violation 8/31/2021