IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JERRAD ELLSBERRY                                                                                    PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 1:21-cv-00385-BWR

CANDACE STEWART, et al.                                                                       DEFENDANTS

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [53] for Summary Judgment filed by Defendants Candace Stewart and Stone County is **GRANTED IN PART AND DENIED IN PART**.  Ellsberry's claims against Candace Stewart and Stone County are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion [60] to Rule in Favor of Plaintiff Against Justin Miles filed by Plaintiff Jerrad Ellsberry is **DENIED**.  Ellsberry's claims against Judge Justin Miles are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion [46] to Dismiss for Lack of Subject Matter Jurisdiction or in the Alternative to Dismiss for Failure to Comply with Miss. Code Ann. § 95-1-5 or for Summary Judgment filed by Defendants the *Stone County Enterprise* and Lyndy Berryhill is **GRANTED IN PART AND DENIED IN PART**.  Ellsberry's claims against the *Stone County Enterprise* and Lyndy Berryhill are **DISMISSED WITHOUT PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this case is **DISMISSED**. Any arguments raised by the parties but not specifically discussed herein were considered by the Court and would not change the final disposition of this case.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that all other outstanding motions are **DENIED AS MOOT**.

**SO ORDERED AND ADJUDGED,** this 6th day of March, 2023.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE